Civil Action No 08 CIV 4381
5/9/08

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me in a civil Action Individual Practices of Magistrate Judge Maas | May 13, 2008 at 2:35 PM |
| NAME OF SERVER (PRINT)<br>Charles Kastner | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

[xx] Served personally upon the defendant. Place where served: 225 West 36th Street, 3rd Fl. New York, NY 10018
TM&M Mechanical Corporation

[xx] Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Marie Lingan, Managing Agent, Auth. to Accept
Desc: White Female, Brown hair, 42 yrs., 5'5, 140 lbs. and Glasses

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 14th, 2008
    Date                Signature of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR6031219
Qualified in Nassau County
Commission Expires August 1, 2010

Charles Kastner - #957455
Valley Stream, NY
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.