AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE May 13, 2008 at 2:35 PM |
| NAME OF SERVER (PRINT) Charles Kastner | TITLE Process Server |

in a civil action, Individual Practices of Magistrate Judge Maas

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 225 West 36th Street, 3rd Fl., New York, NY 10018

Tri-State Fire Protection Corporation

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

place of business

Name of person with whom the summons and complaint were left: Marie Lingan, Managing Agent, Auth. to Accept

Desc: White Female, Brown Hair, 42 yrs., 5'5, 140 lbs. Glasses

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 14, 2008
Date

Signature of Server

Charles Kastner - #957455
Valley Stream, NY

Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 01TR6031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.