UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John J. Torpey, et al.
             Plaintiff,

-v-

TM&M Mechanical Corporation,
TM&M Sprinkler Corporation and
Tri-State Fire Protection Corporation,
             Defendant.

Case No. 08 civ 4381

**Rule 7.1 Statement**

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiffs           (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** May 9, 2008

**Signature of Attorney**

**Attorney Bar Code:** DAE-7796

Form Rule7_1.pdf   SDNY Web 10/2007