UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN J. TORPEY, et als

    Plaintiffs,

    -against-

TM&M MECHANICAL CORPORATION, TM&M
SPRINKLER CORP., and TRI STATE FIRE
PROTECTION CORPORATION,

    Defendants.
------------------------------------------------------------x

Civil Action No. 08 Civ. 4381
Berman, J.

STIPULATION

IT IS HEREBY STIPULATED AND AGREED that the time for the defendants to answer the complaint herein is extended to and including June 20, 2008.

Dated: May 30, 2008

**DE LUCA & FORSTER**
Attorneys for Defendants

_____
Thomas G. De Luca (TDL6312)

JUN 1 0 2008

**COLLERAN, O'HARA & MILLS**
Attorneys for Plaintiffs

_____
Denis A. Engel (DAE 7796)

SO ORDERED:

RMB
_____
Richard M. Berman, U.S.D.C.J.
Date: 6/10/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/08

DeLuca & Forster
Attorneys At Law