UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

*Torpey et als* Plaintiff(s),

- v -

*Tm+m Mechanical*

Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

08 CV. 4381 (RMB) (FM)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by *Aug. 15, 2008*

(ii)  Amend the pleadings by *Sept. 15, 2008*

(iii) All discovery to be **expeditiously** completed by ~~Dec.~~ *Oct. 15, 2008* (FACT + Expert)

(iv)  Consent to Proceed before Magistrate Judge ____

(v)   Status of settlement discussions *N/A  10/16/08 w. th principals @ 9:30 AM*

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions ____

(vii)  Oral Argument ____

(viii) Joint Pre-Trial Order to be submitted by ____

(ix)   Final Pre-Trial Conference ____

(x)    Trial ____

(xi)   Other ____

**SO ORDERED:** New York, New York

*6/10/08*

*RMB*
Hon. Richard M. Berman, U.S.D.J.