UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOHN J. TORPEY, JOHN ENRIGHT
CHRISTOPHER SHEERAN, PATRICK DOLAN, JR., PATRICK NORTON, VINCENT J. CURRAN, JR., ROBERT EGAN, JR., WILLIAM WANGERMAN, RAYMOND DEAN, JR., JOHN O'CONNELL, JAMES ELDER, RAYMOND HOPKINS, EDWARD ENGLISH, ROCCO ABBATE, ARTHUR KLANSKY, JOHN DIERKS, JEFF PORRELLO, RICHARD THOMPSON, TERENCE FARRELL, DONALD BURNS JOHN KRITIS, and WILLIAM McMORROW, SR., as TRUSTEES OF THE STEAMFITTERS LOCAL 638 PENSION FUND, SUPPLEMENTAL RETIREMENT FUND, SECURITY BENEFIT FUND, VACATION FUND, AND EDUCATION FUND, and ENTERPRISE ASSOCIATION OF PIPE FITTERS AND APPRENTICES OF GREATER NEW YORK, NASSAU AND SUFFOLK COUNTIES, AND VICINITY LOCAL 638 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

    Plaintiffs,

    -against-

TM & M MECHANICAL CORPORATION, TM & M SPRINKLER CORP., and TRI-STATE FIRE PROTECTION CORPORATION,

    Defendants.
-----------------------------------------------------------------x

Civil Action No. 08 CIV 4381

(RMB)
(FM)

DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

ECF FILING

Pursuant to F.R. C.P.7.1, the defendant TM & M Mechanical Corporation makes the following disclosure:

This defendant is a privately held corporation. Its stock is not publicly traded nor does it have any corporate parent.

Dated: June 20, 2008
      Valatie New York

                                    DE LUCA & FORSTER

                                    */s/ Thomas G. De Luca*
                                    Thomas G. De Luca (TDL-6312)
                                    Attorneys for Defendant,
                                    TM&M Mechanical Corporation
                                    45 East Shore Drive
                                    Valatie, New York 12184
                                    (518) 784-2940
                                          AND
                                    11 Commerce Drive
                                    Cranford, New Jersey 07016
                                    (908) 931-1100