UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN J. TORPEY, JOHN ENRIGHT,
CHRISTOPHER SHEERAN, PATRICK DOLAN,
JR., PATRICK NORTON, VINCENT J. CURRAN,
JR., ROBERT EGAN, JR., WILLIAM WANGERMAN,
RAYMOND DEAN, JR., JOHN O'CONNELL,
JAMES ELDER, RAYMOND HOPKINS,
EDWARD ENGLISH, ROCCO ABBATE, ARTHUR
KLANSKY, JOHN DIERKS, JEFF PORRELLO,
RICHARD THOMPSON, TERENCE FARRELL,
DONALD BURNS, JOHN KRITIS and WILLIAM
McMORROW, SR., as TRUSTEES OF THE
STEAMFITTERS LOCAL 638 PENSION FUND,
SUPPLEMENTAL RETIREMENT FUND,
SECURITY BENEFIT FUND, VACATION
FUND AND EDUCATIONAL FUND and
ENTERPRISE ASSOCIATION OF PIPE FITTERS
AND APPRENTICES OF GREATER NEW YORK,
NASSAU AND SUFFOLK COUNTIES AND
VICINITY LOCAL UNION 688 OF THE
UNITED ASSOCIATION OF JOURNEYMEN
AND APPRENTICES OF THE PLUMBING AND
PIPE FITTING INDUSTRY OF THE UNITED
STATES AND CANADA, AFL-CIO,

                Plaintiffs,

- against -

TM&M MECHANICAL CORPORATION,
TM&M SPRINKLER CORP., and TRI-STATE
FIRE PROTECTION CORPORATION,

                Defendants.
------------------------------------------------------------------X

Civil Action No. 08 Civ. 4381
(RMB)(FM)

**DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 7.1**

1

Pursuant to F.R.C.P. 7.1, the defendant Tri-State Fire Protection Corporation makes the following disclosure:

This defendant is a privately held corporation. Its stock is not publicly traded, and it does not have any corporate parent.

Dated: Jericho, New York
    June 20, 2008

Michael Salgo, Esq. (MS-5945)
Attorney for Defendant Tri-State
  Fire Protection Corp.
500 North Broadway - Suite 101
Jericho, New York 11753
(516) 871-0221
msalgolaw@yahoo.com