USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

**MICHAEL SALGO**
ATTORNEY AT LAW
500 NORTH BROADWAY
SUITE 101
JERICHO, NEW YORK 11753

TUNSTEAD & SCHECHTER
―――
OF COUNSEL

(516) 871-0221
FAX (516) 822-4462

June 19, 2008

**VIA FEDERAL EXPRESS**

Honorable Richard Berman
United States District Court
Southern District of New York
500 Pearl Street - Room 650
New York, New York 10007

        **Re: John Torpey, et al. v.
        TM&M Mechanical, et al.
        Civil Action No. 08 Civ. 4381**

Dear Judge Berman:

    I am writing to you in connection with the above-captioned matter. I have been retained to represent one of the defendants, Tri-State Fire Protection Corporation. The reason I am writing to you is because I have filed a ECM Registration today, but I am now told that it will take up to 48 hours before I can receive a number which will enable me to file the Answer, a copy of which is enclosed.

    I called your Chambers seeking instructions, and was told to first contact the Clerk, and if that be unsuccessful to write this letter.

    I called the Clerk's office and was told that since this case has been designated for electronic filing there is no way to submit an Answer other than electronically. I am therefore compelled to request permission to extend the time to answer until Monday of next week when I hope to have received the number from the Court enabling me to file the Answer.

    I regret the inconvenience to this Court and apologize for not anticipating that there might be delay in the issuance of the number.

*Application granted.*

Very truly yours,

Michael Salgo

MS/lo

SO ORDERED:
Date: 6/20/08
Richard M. Berman, U.S.D.J.